United States District Court
For the Western District of Louisiana
Shreveport Division

| | |
|---|---|
| **U.S. Equal Employment Opportunity Commission**, <br>                    Plaintiff <br><br> v. <br><br> **American Screening, LLC**, <br>                    Defendant | Cause No. 5:22-CV-01673 <br><br> Judge Elizabeth E. Foote <br><br> Magistrate Judge Hornsby <br><br> Jury Demand |

**Suggestion of Bankruptcy of Defendant American Screening, LLC**

Comes Now Defendant American Screening, LLC in the above-styled and numbered cause and suggests the filing on its behalf of a Chapter 11 bankruptcy petition in the United States District Court for the Western District of Louisiana on April 7, 2023 under Cause No. 23-10350, Judge John S. Hodge presiding.

A copy of the Notice of Bankruptcy Case Filing downloaded from the Louisiana Western Bankruptcy Live Database is attached.

Respectfully submitted,

_____/Cary A Hilburn/_____
Cary A. Hilburn, Lead/Trial Counsel
(LA 26656 / TX 00790881)
Jennifer W. Hilburn
(LA 27908 / TX 792003)
J. David Shepherd – Of Counsel
(LA 37869)
Hilburn & Hilburn - APLC
220 Carroll Street, Building B
Shreveport, Louisiana 71105
(318) 868-8810

(877) 462-6796 fax
cah@HilburnLaw.com
jennifer@HilburnLaw.com
dshepherd@HilburnLaw.com

### Certificate of Service

I certify that a true and correct copy of the foregoing pleading was electronically filed with the Clerk for the U.S. District Court in this matter on Wednesday, April 12, 2023, using the electronic case filing system of the Court. The attorneys listed below are registered to receive an electronic copy hereof.

**Andrew B. Kingsley (Lead)**
**Elizabeth J. Owen**
**Peter Theis**
U.S. Equal Employment Opportunity Commission
New Orleans Field Office
Hale Boggs Federal Building
500 Poydras Street, Suite 809
New Orleans, LA 70130
Phone: (504) 208-8661
ANDREW.KINGSLEY@EEOC.GOV
ELIZABETH.OWEN@EEOC.GOV
PETER.THEIS@EEOC.GOV


_____/Cary A Hilburn/_____
Cary A. Hilburn/Jennifer W. Hilburn/J. David Shepherd

United States Bankruptcy Court
Western District of Louisiana

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 04/07/2023 at 06:30 AM and filed on 04/07/2023.

**American Screening, LLC**
9742 Saint Vincent Ave., Suite 100
Shreveport, LA 71106
Tax ID / EIN: 20-0619862
*dba* **American Screening Corporation**
*dba* **ASC**



| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Kell C. Mercer**<br>Kell C. Mercer, P.C.<br>901 S. MoPac Expy, Bldg. 1, Suite 300<br>Austin, TX 78746<br>512-627-3512 | DIP |

The case was assigned case number 23-10350 to Judge John S. Hodge.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.lawb.uscourts.gov/ or at the Clerk's Office, 300 Fannin St., Suite 2201, Shreveport, LA 71101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Edward A. Takara**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |